No. [18], original. PENNSYLVANIA *v.* ARKANSAS. November 13, 1933. The motion for leave to file a bill of

complaint herein is granted and process is ordered to issue returnable on Monday, January 15, next. *Mr. Philip S. Moyer* for plaintiff. *Mr. W. L. Pope* for defendant.